

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2014

No. 04-13-00849-CV

**IN THE INTEREST OF N.M.D, R.I.D., AND G.T.D.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-06895
The Honorable Richard E. Price, Judge Presiding

# O R D E R

The Appellee's Motion to Remove Cause from Submission and Motion to Extend Time to file Appellee Brief is MOOT. This court's opinion has issued in this appeal.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court